THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LINDA VOIGHT, <br><br> Plaintiff, <br><br> vs. <br><br> HAL NEDERLAND, N.V., a Curacao Corporation, HAL ANTILLEN N.V., a Curacao Corporation, HOLLAND AMERICA LINE, INC., a Washington for profit corporation, HOLLAND AMERICA LINE-USA, INC., a Delaware for profit Corporation, and HOLLAND AMERICA LINE N.V., a Curacao corporation, <br><br> Defendants. | CASE NO.: 17-CV-01360-MJP <br><br> **ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE TO FILE DISCOVERY MOTIONS** |

**GOOD CAUSE APPEARING**, the Court hereby orders as follows:

The Parties' Stipulation to extend the deadline to file Discovery Motions is GRANTED.

IT IS HEREBY ORDERED granting a 2-week extension of time to file discovery related motions, thereby extending the date from June 6, 2018 to June 20, 2018. All other case schedule deadlines will remain in place.

IT IS SO ORDERED.

Dated: ____June 5_____, 2018.

_____
The Honorable Marsha J. Pechman
United States Senior District Court Judge