THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LINDA VOIGHT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HAL NEDERLAND, N.V., a Curacao Corporation, HAL ANTILLEN N.V., a Curacao Corporation, HOLLAND AMERICA LINE, INC., a Washington for profit corporation, HOLLAND AMERICA LINE-USA, INC., a Delaware for profit Corporation, and HOLLAND AMERICA LINE N.V., a Curacao corporation,<br><br>　　　　Defendants. | CASE NO.: 17-CV-01360-MJP<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE TO FILE DISCOVERY MOTIONS**<br><br><br>Filed: 09/11/2017 |

**GOOD CAUSE APPEARING**, the Court hereby orders as follows:

The Parties' Stipulation to extend the briefing schedule for Plaintiff's pending discovery motion and subsequent related motion noting date is GRANTED.

IT IS HEREBY ORDERED granting a 2-week extension of time for Defendants to file an opposition to Plaintiff's Motion to Compel and subsequent motion noting date, thereby extending the opposition date from July 2, 2018 to July 13, 2018 and the motion noting date from July 6, 2018 to July 20, 2018.

IT IS SO ORDERED.

/ / /

1  Dated: *June 29th*, 2018.

*[signature]*
Hon. Marsha J. Pechman
United States District Judge
WESTERN DISTRICT OF WASHINGTON