UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA VOIGHT, <br><br> Plaintiff, <br><br> v. <br><br> HAL NEDERLAND, N.V., et al., <br><br> Defendants. | CASE NO. C17-1360 MJP <br><br> ORDER ON MOTION TO COMPEL |

The above-entitled Court, having reviewed Plaintiff's Motion to Compel (Dkt. No. 14), Defendants' Opposition (Dkt. No. 19), Plaintiff's Reply (Dkt. No. 20), all attached declarations and exhibits, and relevant portions of the record, rules as follows:

IT IS ORDERED that Plaintiff's motion is PARTIALLY GRANTED and PARTIALLY DENIED, as follows:

- Defendants must produce the report of ship's security officer Alan D. Marcos, if this report exists;

- Defendants must produce photographs taken of all prior similar incidents disclosed to date, but there will be no expansion of discoverable incidents beyond the five years of previous incidents Defendants have disclosed. All photographs produced must be provided in their original digital format; and

- Regarding the redacted documents related to Defendants' inspections of the subject area, Defendants must produce a log identifying the author of the document, the date created, names of attendees at any meeting, the subject matter of the meeting, and the evidentiary justification for the redaction of the document. Defendants must verify that they have produced all documents related to inspections of the subject area, or provide the evidentiary justification for any documents which have been withheld.

IT IS FURTHER ORDERED that Defendants shall comply with these requirements within 10 days of the posting of this order.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 14, 2018.

The Honorable Marsha J. Pechman
United States Senior District Court Judge